THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00336-MR-WCM

| | | |
|---|---|---|
| **RICHARDSON RFPD, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **NEXUS TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff filed this action on November 8, 2021. [Doc. 1]. On January 13, 2022, the Defendant filed a Motion to Dismiss. [Doc. 7]. On May 5, 2022, the Magistrate Judge entered a Memorandum and Recommendation, recommending that the Motion to Dismiss be denied. [Doc. 11]. No objections were filed, and the Court accepted the Magistrate Judge's Recommendation on May 27, 2022. [Doc. 12].

Although the Court has now denied the Motion to Dismiss, the Defendant has failed to file an Answer to the Plaintiff's Complaint.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Defendant shall file an Answer to the

Plaintiff's Complaint.  **The Defendant is advised that failure to file an Answer or otherwise defend this action will result in the entry of default against it.**

**IT IS SO ORDERED.**

Signed: June 22, 2022

Martin Reidinger
Chief United States District Judge